# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3718
LT Case No. 2009-CF-002020

_____

CORNELIUS C. WALSTON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Clay County.
Steven B. Whittington, Judge.

Cornelius C. Walston, Defuniak Springs, pro se.

James Uthmeier, Attorney General, and Amanda Uwaibi,
Assistant Attorney General, Tallahassee, for Appellee.

June 11, 2026

PER CURIAM.

    AFFIRMED.

EDWARDS, HARRIS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____